UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-cv-00429-AWI-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4) |
| vs. | **ORDER DISMISSING ACTION** |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, | |
|     Defendant. / | |

    Willie Weaver ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 25, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6      Accordingly, IT IS HEREBY ORDERED that:
7      1.  The Findings and Recommendations, filed May 25, 2006,
8  are ADOPTED IN FULL; and,
9      2.  This action is DISMISSED for Plaintiff's FAILURE TO
10 STATE A CLAIM upon which relief can be granted, and as FRIVOLOUS.

12 IT IS SO ORDERED.
13 **Dated:   September 12, 2006**              /s/ Anthony W. Ishii
   0m8i78                                   UNITED STATES DISTRICT JUDGE